*[Submitting Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:20-cv-08951 |
| This Document Relates to:<br><br>*Taylor Norris v. Juul Labs, Inc., et al.,*<br>*Case No. 3:20-cv-08951* | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF TAYLOR NORRIS' CLAIM WITHOUT PREJUDICE** |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal without Prejudice of Plaintiff Taylor Norris's action captioned as *Taylor Norris v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-008951, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated August 12, 2022<br>By: /s/ *Pierce N. Giboney*<br><br>Pierce N. Giboney, FL Bar 124704<br>**GUNSTER, YOAKLEY & STEWART, P.A.**<br>1 Independent Drive, Suite 2300<br>Jacksonville, FL 32202<br>Telephone: (904) 350-7168<br>Facsimile: (904) 354-2170<br>pgiboney@gunster.com<br>(*pro hac vice*)<br><br>Gregory P Stone, SBN 78329<br>Bethany W. Kristovich, SBN 241891<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>gregory.stone@mto.com<br>bethany.kristovich@mto.com<br><br>Renee D. Smith (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>renee.smith@kirkland.com<br><br>Peter A. Farrell, P.C. (*pro hac vice*)<br>David M. Bernick<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959<br>Facsimile: (202) 389-5200<br>peter.farrell@kirkland.com<br>David.bernick@kirkland.com<br><br>*Attorneys for Defendant Juul Labs, Inc.* | Respectfully submitted,<br>By: */s/ Edward A. Wallace*<br><br>Edward A. Wallace<br>**WALLACE MILLER**<br>150 N. Wacker Dr., Suite 1100<br>Chicago, IL 60606<br>Telephone: (312) 261-6193<br><br><br>By: */s/ Erin Dickinson*<br><br>Erin Dickinson<br>**CRUEGER DICKINSON LLC**<br>4532 N. Oakland Ave.,<br>Whitefish Bay, WI 53211<br>Telephone: (414) 210 3868<br><br><br>By: */s/ Greg Coleman*<br><br>Greg Coleman<br>**MILBERG COLEMAN BRYSON GROSSMAN**<br>800 S. Gay St., Suite 1100<br>Knoxville, TN 37929<br>Telephone: (866) 252-0878<br><br>*Attorneys for Plaintiff Taylor Norris* |

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(1), I, Justin Day, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

*/s/ Justin Day*
Justin Day

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff Taylor Norris's action captioned as *Taylor Norris v. Juul Labs, Inc., et al.,* Case No. 3:20-cv-08951, is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: __August 15, 2022_____



HONORABLE WILLIAM H. ORRICK
United States District Judge